JO-ANNE C. SCHLAKMAN, Respondent, v GEOFFREY C. SCHLAKMAN, Appellant.

Submitted December 24, 2007; decided January 15, 2008

Reported below, 38 AD3d 640.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 982 (2007)].